UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION aka DITECH FINANCIAL LLC dba ditech.com; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FEDERAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE, LLC; NORTHWEST TRUSTEE SERVICES, INC.; and JOHN or JANE DOES 1-1000, unknown investors, agents, et al.,<br><br>Defendants. | Case No. 2:17-cv-00902-RSM<br><br>ORDER GRANTING DEFENDANTS NATIONSTAR MORTGAGE, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT |

This matter came before the Court on Defendants Nationstar Mortgage LLC, Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association's (collectively, "Defendants") Motion to Extend Deadline to Respond to Plaintiffs' Complaint.

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1. Defendants' Motion is granted.

2. Nationstar Mortgage LLC's deadline to respond to the Complaint is August 16, 2017.

ORDER GRANTING
DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 1
Case No. 2:17-cv-00902-RSM



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100  Phone: 509.624.5265
Spokane, Washington 99201-0300  Fax: 509.458.2728

IT IS SO ORDERED this 9 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Prepared and presented by:

WITHERSPOON KELLEY

By: */s/ Michael J. Kapaun*
Michael J. Kapaun, WSBA # 36864
mjk@witherspoonkelley.com
Steven J. Dixson, WSBA #38101
sjd@witherspoonkelley.com
Witherspoon · Kelley
422 West Riverside, Suite 1100
Spokane, WA 99201-0300
Telephone: 509.624.5265
Facsimile: 509.458.2728

*Attorneys for Defendants Nationstar Mortgage LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association (erroneously sued as "Federal Mortgage Association")*

ORDER GRANTING
DEFENDANTS' MOTION TO EXTEND
DEADLINE TO RESPOND TO COMPLAINT - 2
Case No. 2:17-cv-00902-RSM



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728