UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNN DALE HOVER and MILA JEAN HOVER,

    Plaintiffs,

v.

GMAC MORTGAGE CORPORATION aka DITECH FINANCIAL LLC dba ditech.com, *et al.*,

    Defendants.

CASE NO. C17-0902 RSM

ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE

THIS MATTER COMES before the Court on Plaintiffs' Motion for Extension of Time to respond to Defendant Northwest Trustee Services, Inc.' pending motion to dismiss. Dkt. #23. Defendant's motion was noted for consideration on September 1, 2017, and therefore Plaintiffs' response was due no later than August 28, 2017. *See* Dkt. #7 and Local Civil Rule 7(d)(3). Plaintiffs did not file the instant motion until August 31st. Plaintiffs assert that they need more time to respond as they are *pro se* in this matter and need more time to review the motion and research and formulate an adequate response. Dkt. #23. Accordingly, they ask for an extension of time until September 30, 2017, to file a response. *Id.* Defendant opposes the motion, arguing that the motion was untimely, it will increase the costs of litigation for Defendant, and Plaintiffs offer no legitimate explanation for their request. Dkt. #24.

ORDER
PAGE - 1

Having reviewed Plaintiffs' motion and the remainder of the record, the Court hereby ORDERS:

1. Plaintiff's Motion for Extension of Time to file a response to Defendant Northwest Trustee Services, Inc.'s pending motion to dismiss (Dkt. #23) is GRANTED IN PART. Defendant's Motion to Dismiss (Dkt. #7) shall be RE-NOTED for consideration on **September 29, 2017.** Accordingly, Plaintiffs' response is due no later than **September 25, 2017. No further extension of time will be granted.**

2. Plaintiffs are further warned that they are expected to be familiar with the Court's Local Rules, particularly those related to the filing of motions and responses. Those Local Rules can be found on the Court's public internet site at www.wawd.uscourts.gov.

3. Plaintiffs **have not** moved for an extension of time to respond to the pending motions to dismiss filed by Defendants Fannie Mae, MERS, Nationstar Mortgager LLC, Bank of America, N.A., and Ditech Financial. Dkts. #17, #19 and #22. Those motions are ripe for review and **no extension of time to respond to those motions has been granted.**

DATED this 15th day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE