IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LYNN DALE HOVER AND MILA JEAN HOVER,<br><br>Plaintiffs,<br>vs.<br><br>GMAC MORTGAGE CORPORATION aka DITECH FINANCIAL LLC dba DITECH.COM, et al.,<br><br>Defendants. | Case No. C17-902 RSM<br><br>ORDER RE DITECH FINANCIAL LLC'S MOTION TO AMEND CASE SCHEDULING ORDER |

Pursuant to LCR 7, Defendant Ditech Financial LLC's ("Ditech") motion for the entry of an order resetting the deadlines for the parties' LCR 16 discovery conference and their join status report came before the court on September 15, 2017. The court, having reviewed the parties' filings, the court file, and otherwise being fully advised,

HEREBY ORDERS that Ditech's Motion is Granted. The deadline for the parties' Rule 16 conference will be reset to a date 20 days after the court rules on the parties'

ORDER RE MOTION TO AMEND CASE MANAGEMENT DEADLINES - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

ORDER

pending Motions to Dismiss, and the deadline for the Joint Status Report under FRCP 26(f) will be reset to a date 30 days after the court rules in the FRCP 12 motions.

Dated this 15th day of September 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted By:

SUSSMAN SHANK LLP

By *s/ William G. Fig*
William G. Fig, WSBA 33943
Attorneys for Defendant Ditech Financial LLC

ORDER RE MOTION TO AMEND CASE MANAGEMENT DEADLINES - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

ORDER