UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE CORPORATION aka DITECH FINANCIAL LLC dba DITECH.COM, *et al.*,<br><br>Defendants. | Case No. C17-0902RSM<br><br>ORDER GRANTING MOTION BY RCO LEGAL, P.S. TO WITHDRAW AS COUNSEL FOR DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. |

This matter having come before the Court on the Motion by RCO Legal, P.S. to Withdraw as Counsel for Defendant Northwest Trustee Services, Inc. ("NWTS") pursuant to LR 83.2, and the Court having considered the same;

The Court being fully advised of the issues presented herein, and it appearing that RCO Legal, P.S. is entitled to relief at the request of NWTS to permit the firm's withdrawal, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Joshua Schaer, WSBA #31491, and RCO Legal, P.S. are deemed withdrawn as counsel of record in this matter.

FURTHER, all pleadings and correspondence shall be directed to NWTS at: c/o General Counsel, 13555 S.E. 36th St., Ste. 100, Bellevue, WA 98006, with a phone number of 425-586-1900.

ORDER GRANTING MOTION BY RCO LEGAL
TO WITHDRAW AS COUNSEL FOR DEFENDANT NWTS
PAGE 1 OF 2

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

DATED this 22nd day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**RCO LEGAL, P.S.**

*/s/ Joshua S. Schaer*
Joshua S. Schaer, WSBA #31491
Attorneys for Defendant Northwest Trustee
Services, Inc.

ORDER GRANTING MOTION BY RCO LEGAL
TO WITHDRAW AS COUNSEL FOR DEFENDANT NWTS
PAGE 2 OF 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131